## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

WILLIE FRANK BARNES,
     Petitioner,

vs.                                  Case No.:  3:05cv492/MCR/EMT

JAMES R. McDONOUGH,
     Respondent.

_____/

### O R D E R

     This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 11, 2006.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

     Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

     2.  Respondent's motion to dismiss (Doc. 7) is **GRANTED**.

     3.  The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** with prejudice as untimely.

     **DONE AND ORDERED** this 24th day of May, 2006.


                      s/ *M. Casey Rodgers*
                      **M. CASEY RODGERS**
                      **UNITED STATES DISTRICT JUDGE**